[No. 13918-9-II. Division Two. January 23, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES J. CONNOR, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 89-1-00254-2, Michael G. Spencer, J., entered April 23, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Morgan, J.

[No. 13641-4-II. Division Two. January 23, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. SEAN PATRICK GRIFFITH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 212765R030, Brian M. Tollefson, J., entered February 2, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander and Morgan, JJ.

[No. 13417-9-II. Division Two. January 23, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD ALLAN WILLIS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 89-1-00866-1, Thomas L. Lodge, J., entered November 3, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Alexander, J.